Dennis G. Woods, OSB No. 051728
dwoods@scheerlaw.com
SCHEER, HOLT, WOODS & SCISCIANI LLP
101 SW Main St., Suite 1600
Portland, OR 97204
Phone: (503) 542-1200
Fax: (503) 542-5248
Attorneys for Defendant Terry Dotson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER THESSIN, as Guardian Ad Litem for ADLER THESSIN, minor,<br><br>       Plaintiff,<br><br>v.<br><br>TERRY DOTSON and UBER TECHNOLOGIES, INC.,<br><br>       Defendants. | NO. 3:19-CV-00440<br><br>NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL |

**To: Clerk Of The Court, United States District Court For The District Of Oregon, Portland Division**

**PLEASE TAKE NOTE** that Defendant Terry Dotson, hereby removes to this Court the State action described below in accordance with 28 U.S.C. §§ 1332, 1441 and 1446.

### I. STATE COURT ACTION

The State Court action to be removed is *Tyler Thessin v. Terry Dotson and Uber Technologies, Inc.,* Multnomah County Circuit Court Case No. 19CV06416. See Declaration of Dennis Woods ("Woods Decl."), Ex. 1, Summons and Complaint.

//

Page 1 - NOTICE OF REMOVAL

**SCHEER, HOLT, WOODS & SCISCIANI LLP**
101 SW MAIN ST., SUITE 1600
PORTLAND, OR 97204
P: (503) 542-1200  F: (503) 542-5248

## II. TIME FOR REMOVAL

Plaintiff filed his action in Multnomah County Circuit Court on or about February 7, 2019. The Summons and Complaint are attached as **Exhibit 1.** The Complaint was served on Defendant Terry Dotson, on or about February 25, 2019. Pursuant to 28 U.S.C. § 1446(b), a party may remove an action to Federal District Court within 30 days of service of process. Defendant Terry Dotson, therefore, has until March 27, 2019, or 30 days after service of Plaintiff's Complaint to move for removal to this Federal District Court. 28 U.S.C. § 1446(b).

## III. APPLICABLE LAW

A party may seek removal of a State Court action where the amount in controversy exceeds $75,000 and the action is between citizens of different states. 28 U.S.C. § 1332(a)(1).

## IV. BASIS FOR REMOVAL

1. This is a personal injury claim arising from a car accident that took place in Multnomah County, Oregon.

2. Plaintiff's Complaint seeks $405,000.00 in damages. Woods Decl., Ex. 1¶ 1.

3. Upon information and belief, Plaintiff is a resident of the State of Oregon. Woods Decl., Ex. 1¶ 4.

4. On the date Plaintiff's Complaint was filed and the date of the filing of this Notice of Removal, Dotson was a resident of the State of Washington.

5. On the date Plaintiff's Complaint was filed and the date of the filing of this Notice of Removal, Uber Technologies, Inc. is incorporated in the State of Delaware with its principal place of business in the State of California. Woods Decl., Ex. 1¶ 6.

6.      No defendant in this action was a citizen of the State of Oregon as of the date of filing of Plaintiff's Complaint, February 7, 2019, nor is any defendant presently a citizen of the State of Oregon.

## V.     NOTICE TO STATE COURT AND ADVERSE PARTIES

Defendant will promptly file a copy of this Notice with the clerk of the Multnomah County Circuit Court and will give written notice to all adverse parties.  28 U.S.C. §1446(d).

WHEREFORE, Defendant requests that this action, *Tyler Thessin v. Terry Dotson and Uber Technologies, Inc.,* Multnomah County Circuit Court Case No. 19CV06416, be removed to the United States District Court for the District of Oregon, Portland Division. Defendant further demands a jury trial.

DATED this 26th day of March, 2019.

SCHEER, HOLT, WOODS & SCISCIANI LLP

By  */s/ Dennis G. Woods*
Dennis G. Woods, OSB No. 051728
Attorney for Defendant Terry Dotson

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Oregon, that the following is true and correct:

I am employed by the law firm of Scheer, Holt, Woods & Scisciani LLP.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington filing on behalf of our Portland office, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| <u>CO/ Plaintiff</u><br><u>Michael A. Colbach</u><br><u>434 NW 19th Ave.</u><br><u>Portland, OR 97209</u><br><u>mike@colbachlaw.com</u> | ( X )    Via U.S. Mail<br>( X )    Via Email<br>(   )    Via Facsimile<br>(   )    Via Overnight Mail |

DATED this 26th day of March, 2019, at Seattle, Washington on behalf of the Portland, Oregon office.

*/s/ Christie Kramer*
Christie Kramer, Legal Assistant

Page 4 - NOTICE OF REMOVAL

SCHEER, HOLT, WOODS &
SCISCIANI LLP
101 SW MAIN ST., SUITE 1600
PORTLAND, OR  97204
P: (503) 542-1200  F: (503) 542-5248