**EXHIBIT - 1**

CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| TYLER THESSIN, as Guardian Ad Litem for ADLER THESSIN, minor,<br><br>      Plaintiff,<br>vs.<br><br>TERRY DOTSON and UBER TECHNOLOGIES INC.,<br><br>      Defendants. | Case No. 19CV06416<br><br>SUMMONS |

To:   Terry Dotson
       18019 NE 24th Street
       Vancouver, WA 98684

    You are hereby required to appear and defend the complaint filed against you in the above entitled cause within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the Court a legal paper called a "motion" or "answer". The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.
    If you have any questions, you should see an attorney immediately. You are hereby notified of the existence and the right to utilize the Oregon State Bar's Lawyer Referral Service. The telephone number is 684-3763 or 800-452-7636.

Michael A. Colbach
434 NW 19th Avenue
Portland, OR 97209
Attorney for Plaintiff

    I hereby certify that the foregoing is an exact and complete copy of the original Summons in the above entitled action.

                                                  MICHAEL A. COLBACH OSB #94273
                                                  Attorney for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this Summons, together with a true copy of the Complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this Summons is directed, and to make a Proof of Service on a separate document which you shall attach hereto.

                                                  /s/ Michael A. Colbach
                                                Michael A. Colbach OSB #94273
                                                Attorney for Plaintiff

ORIGINAL

FILED
2019 FEB -7 PM 2:13

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

19CV06416

TYLER THESSIN, as Guardian Ad Litem for ) Case No.
ADLER THESSIN, minor, )
) COMPLAINT – PERSONAL INJURY
Plaintiff, ) NEGLIGENCE – AUTO
)
vs. ) (NOT SUBJECT TO MANDATORY
) ARBITRATION)
TERRY DOTSON and UBER )
TECHNOLOGIES INC., ) Prayer Amount: $405,000
) *Fee Authority: ORS 21.160(1)(c)*
Defendants. )
)

1.

At all material times mentioned herein, the defendant Uber Technologies Inc., doing business as Uber, conducted regular and sustained business in Multnomah County, State of Oregon.

2.

At all times material, NW Chapin was a public road located in Multnomah County.

3.

At all times material, the defendant, Terry Dotson, was acting in the scope and course of his employment for Uber Technologies Inc. and acting as an agent for the defendant.

COMPLAINT - 1

Michael A. Colbach
434 NW 19th Avenue
Portland, OR 97209
(503) 243-1900

4.

On or about February 3rd, 2017, plaintiff, Adler Thessin, was walking on the sidewalk adjacent to NW Chapin when the defendant driver, Terry Dotson, lost control of his vehicle and drove onto the sidewalk, striking plaintiff. As a result, plaintiff suffered injuries as fully set forth below.

5.

Defendant was negligent in one or more of the following particulars which directly led to this collision and plaintiff's injuries:

    a.    In driving down a hill when traction was limited due to snow and ice;

    b.    In driving on a sidewalk;

    c.    In failing to stop, swerve, or otherwise avoid striking plaintiff;

    d.    In failing to exercise due care; and

    e.    In failing to use tire chains or other traction control devices.

6.

As a result of defendant's negligence, plaintiff suffered injury to the muscles, tendons, bones and soft tissue of his mouth, head, and face, including strains, sprains, scrapes and bruises, including a fractures to his tibia and fibia; all of which injuries, and the consequences of them, are or may be permanent and have caused him to suffer non-economic damages including, but not limited to, past and future pain and suffering as well as past and future inconvenience and interference with normal and usual activities apart from gainful employment, all to his non-economic damages of $405,000.

/////

/////

/////

COMPLAINT - 2

Michael A. Colbach
434 NW 19th Avenue
Portland, OR 97209
(503) 243-1900

WHEREFORE, plaintiff prays for judgment against the defendant in a sum not more than $405,000 and plaintiff's costs and disbursements herein.

DATED this 31st day of January, 2019.

Michael A. Colbach OSB #942732
Email: mike@colbachlaw.com
Trial Attorney for Plaintiff

COMPLAINT - 3

Michael A. Colbach
434 NW 19th Avenue
Portland, OR 97209
(503) 243-1900